UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20390-CR-BECERRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN CHRISTOPHER POLIT,

        Defendant.

_____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned, Assistant United States Attorney Nicole Grosnoff, hereby files this Notice of Appearance for the purpose of addressing asset forfeiture matters in this case.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    */s/ Nicole Grosnoff*
       Nicole Grosnoff
       Assistant United States Attorney
       Court ID No. A5502029
       nicole.s.grosnoff@usdoj.gov
       U.S. Attorney's Office
       99 Northeast Fourth Street, 7th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9294
       Facsimile: (305) 536-4089